IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JAMES SMITH                                                                            PLAINTIFF


vs.                              Civil No. 4:08-cv-04084


MICHAEL J. ASTRUE,                                                                    DEFENDANT
Commissioner, Social Security Administration

### **MEMORANDUM OPINION**

On February 20, 2009, Defendant filed a Unopposed Motion to Remand.  (Doc. No. 10).[1]

The parties have consented to the jurisdiction of a magistrate judge to conduct any and all

proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and

conducting all post-judgment proceedings.  (Doc. No. 4).  Pursuant to this authority, the Court issues

this memorandum opinion and orders the entry of a final judgment in this matter.

Defendant requests a remand so the Commissioner may conduct further administrative

proceedings and further evaluate Plaintiff's mental status.   Defendant requests this remand so the

ALJ can obtain an independent consultative psychological evaluation, which should include

psychological and intelligence testing and a medical source statement; and if necessary, obtain

medical expert testimony and additional vocational expert testimony.

This Court finds this motion is well-taken and should be granted.  The Commissioner's

decision is reversed, and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. §

---

[1] The docket numbers for this case are referenced by the designation "Doc. No."  The transcript pages for
this case are referenced by the designation "Tr."

1

405(g) for further proceedings.  In addition, the undersigned finds the Plaintiff's Complaint should be and hereby is dismissed without prejudice.  Plaintiff may still, however, file a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

This Court directs the ALJ to obtain an independent consultative psychological evaluation, which should include psychological and intelligence testing and a medical source statement; and if necessary, obtain  medical expert testimony and additional vocational expert testimony.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 2nd day of March, 2009.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE